[Nos. 15355-6-II; 15356-4-II;   Division Two.   August 26, 1993.]
    15357-2-II; 15358-1-II.

*In the Matter of the Dependency of*
S.D.W.

*In the Matter of the Dependency of*
J.A.W.

*In the Matter of the Dependency of*
S.R.W.

*In the Matter of the Dependency of*
C.M.W.

Appeals from judgments of the Superior Court for Kitsap
County, Nos. 88-7-00039-5, 88-7-00040-9, 88-7-00041-7, 88-7-
00042-5, James I. Maddock, J., entered September 16, 1991.

*Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, A.C.J., and Petrich, J. Pro Tem.